✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:25 pm, Jan 05 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO: 25-392-TDC |
| | : | |
| ROBERT MATTHEW SHINES, | : | |
| | : | |
| Defendant. | : | |

..ooOoo..

## WAIVER OF INDICTMENT

I, **Robert Matthew Shines**, the above-named defendant, having been charged by criminal Information with Conspiracy to Gather and Deliver National Defense Information, in violation of 18 U.S.C. § 794(c) and Forfeiture, 18 U.S.C. § 793(h) and 28 U.S.C. § § 2461(c), 853; and having been advised of the nature of the charges, the proposed information, and my rights, hereby waived on January 5, 2026, prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

*/s/ Robert Shines*
Robert Matthew Shines
Defendant

*/s/ Sean McKee*
Sean McKee, Esq.
Counsel for Defendant

BEFORE

*/s/*
The Honorable Gina L. Simms
United States Magistrate Judge

1/5/26
Date